IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF BROWN, Individually and as Co-Special Administrator of the Estate of KB, Deceased, and SHERRI GOTHIER, Individually and as Co-Special Administrator of the Estate of KB, Deceased,<br><br>Plaintiffs,<br><br>V.<br><br>MERCY MEDICAL CENTER, Sioux City, MERCY MEDICAL SERVICES, and MERCY HEALTH SERVICES, Iowa, Corp.,<br><br>Defendants. | 8:12CV31<br><br>ORDER |

This matter is before the Court upon the motion of Defendant Mercy Health Services - Iowa, Corp. d/b/a/ Mercy Medical Center - Sioux City ("Mercy Health Services") (filing 100) to allow Heather Anschutz to withdraw as counsel. Upon the representation that Mercy Health Services will remain represented in this case, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw (filing 100) is granted.

2. The Clerk of Court shall terminate Heather Anschutz's appearance for Defendant Mercy Health Services and shall terminate future notices to Ms. Anschutz in this action.

**DATED July 31, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**