IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFF BROWN, Individually and as Co-Special Administrator of the Estate of KB, Deceased; and SHERRI GOTHIER, Individually and as Co-Special Administrator of the Estate of KB, Deceased;**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**MERCY MEDICAL CENTER, Sioux City; MERCY MEDICAL SERVICES, MERCY HEALTH SERVICES, Iowa, Corp.;**<br><br>**Defendants.** | CASE NO. 8:12CV31<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiffs' Motion to Dismiss with prejudice (Filing No. 103). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be granted and the Plaintiffs' complaint should be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss with prejudice (Filing No. 103) is granted; and

2. This case is dismissed with prejudice.

Dated this 24th day of September, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge